**JUDGE BUCHWALD**

08 CV 4346

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
GREGORY INDUSTRIES, INC.,                         :   Index No. 08-CV-_____
                                                  :   ECF Case
                    Plaintiff,                    :
            v.                                    :   RULE 7.1 STATEMENT
UNITRON PRODUCTS, INC.,                           :
                                                  :
                                                  :
                    Defendant.                    :
------------------------------------------------- x

RECEIVED MAY 08 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Gregory Industries, Inc. (a private non-governmental party) certifies that it is a privately held entity. It has no parent corporation, and no publicly held corporation owns more than 10% of its stock.

Dated: May 8, 2008
       New York, New York

                                Respectfully submitted,

                                LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                By: _____
                                    Robert Penchina

                                321 West 44th Street, Suite 510
                                New York, NY 10036
                                (212) 850-6100

                                *Attorneys for Plaintiff*
                                *Gregory Industries, Inc.*

{00117430;v1}