UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
GREGORY INDUSTRIES, INC.,           :   Index No. 08-CV-4346
                                    :   ECF Case
                    Plaintiff,      :
            v.                      :   **NOTICE OF DISMISSAL**
UNITRON PRODUCTS, INC.,             :
                                    :
                                    :
                    Defendant.      :
------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in accordance with a settlement agreement reached between the parties, plaintiff Gregory Industries, Inc. dismisses all claims asserted in this action against defendant Unitron Products, Inc. with prejudice and without costs or attorneys' fees to either side.

Dated: August 13, 2008
       New York, New York

                                        Respectfully submitted,

                                        LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.

                                        By: _____
                                              Robert Penchina

                                        321 West 44th Street, Suite 510
                                        New York, NY 10036
                                        (212) 850-6100

                                        *Attorneys for Plaintiff*
                                        *Gregory Industries, Inc.*

{00143518;v1}